*In re* JOSÉ ALCOVER GARCÍA.

*Número:* TS-6809      *Resuelto:* 9 de marzo de 2004

## RESOLUCIÓN

Habiendo atendido la Moción Solicitando la Reinstalación al Ejercicio de la Abogacía, presentada por el Sr. José Alcover García, los documentos sometidos con ésta y el Informe sobre el Estado de la Obra Notarial Incautada, presentado por la Directora de la Oficina de Inspección de Notarías, *se ordena la reinstalación inmediata del señor Alcover García al ejercicio de la abogacía y la notaría.*

*Notifíquese por la vía telefónica y la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Corrada Del Río se inhibió.

<div align="center">

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*